UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DIST. COURT
SAVANNAH DIV.

2007 SEP 11 4: 46

CLERK

2:07-00026-001

UNITED STATES OF AMERICA )
)
v. )
)
Kent Allen Crawford )
)

## ORDER OF DETENTION PENDING TRIAL

The government has moved for pretrial detention of Kent Allen Crawford, who is charged by complaint with the offense of threat to destroy building by fire or explosive.

The motion for detention by the government was unopposed by both defendant and his counsel.

**THEREFORE, IT IS HEREBY ORDERED** defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.

On order of a Court of the United States or on request of an attorney for the government, the persons in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED** this 11th day of September, 2007.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA